TOWN OF CHEEKTOWAGA, Appellant, *v.* DANIEL J. ABENDSCHEIN et al., Respondents, and THE TERMINAL RAILWAY OF BUFFALO, Appellant.

*Town of Cheektowaga* v. *Abendschein*, 161 App. Div. ——, affirmed.

(Argued February 27, 1914; decided March 24, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 23, 1914, which affirmed an order of Special Term confirming the report of commissioners in a proceeding to condemn lands required in the elimination of a railroad grade crossing.

*Alfred L. Becker* for appellants.

*Mark P. Kerr* for respondents.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, COLLIN, HOGAN and MILLER, JJ.